William HARLEY and Louis Bennett, Appellants,

v.

UNITED STATES, Appellee.

No. 3422.

District of Columbia Court of Appeals.

Argued Feb. 24, 1964.

Decided March 20, 1964.

Diana K. Powell, Washington, D. C., for appellants.

Gerald E. Gilbert, Asst. U. S. Atty., with whom David C. Acheson, U. S. Atty., and Frank Q. Nebeker, Asst. U. S. Atty., were on the brief, for appellee.

Before HOOD, Chief Judge, MYERS, Associate Judge, and CAYTON (Chief Judge, Retired).

## PER CURIAM.

Appellants were convicted of assault upon one Utley. On this appeal they make several claims of error, but we find no support for these claims in the record. There was the usual conflict of testimony, presenting questions of fact for determination by the trial court; and there was ample evidence, if accepted by the trial court, to sustain the finding of guilt.

Affirmed.